IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR272 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON B. JACKSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held on Monday, September 21, 2009 regarding defendant's Second Motion to Withdraw as Attorney [42] and Motion to Enlarge Time to File Pretrial Motions [43].   Good cause being shown, the motions are granted.

IT IS ORDERED:

1. That the defendant's Second Motion to Withdraw as Attorney [42] is granted. Matthew R. Kahler is deemed withdrawn as attorney of record. The court will appoint a CJA panel attorney by separate order.

2. The Motion to Enlarge Time to File Pretrial Motions [43] is granted. Pretrial motions shall be filed on or before **October 5, 2009.**

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between September 9, 2009 and October 5, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of September, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge