IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>SHANNON B. JACKSON, )<br> )<br>Defendant. ) | Case No. 8:09CR272<br><br>ORDER |

    This case is before the court on the defendant's Motion to Review Pretrial Detention and Request for Hearing (#73). The motion is denied.

    After reviewing the August 17, 2009 Pretrial Services report and the court's July 14, 2009 Detention Order (#9), I find the defendant remains both a flight risk and a danger. This is especially true given the defendant's substantial prior criminal record which includes convictions for possession of a concealed weapon (1994), obstruction of administrative law (1994), flight to avoid arrest (1995), flight to avoid arrest (1995), and first-degree assault and use of a firearm to commit a felony (1996). A further review of the record in this case shows the defendant previously had both a preliminary hearing and a detention hearing and a review of the transcripts of those hearings demonstrates that during the bank robbery witnesses were assaulted.

    **IT IS ORDERED** that defendant's Motion to Review Pretrial Detention and Request for Hearing (#73) is denied without hearing, as it presents no additional facts which would cause the court to change its previous ruling as to flight and/or danger.

    Dated this 23rd day of November 2009.

                                               BY THE COURT:

                                               S/ F. A. Gossett
                                               United States Magistrate Judge