## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR272** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **SHANNON B. JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Shannon B. Jackson to issue subpoenas *in forma pauperis* (Filing 83). The defendant requests three subpoenas duces tecum for the purpose of obtaining photographs and electronic media from the Records Departments/Evidence Custodians of the Omaha Police Department, Bellevue Police Department, and Sarpy County Sheriff/Sarpy County Jail.

Although the court accepts the defendant's allegations as to indigency, the motion does not comply with NECrimR 17.2 (Rev. Dec. 1, 2009), requiring

- the submission of a supporting brief,

- compliance with NECrimR 12.3(b)(3), and

- an affidavit or declaration, see 28 U.S.C. § 1746, establishing the following:

    (A)   the documents or objects sought cannot otherwise be reasonably obtained by due diligence in advance of the trial or evidentiary proceeding;

    (B)   the moving party cannot properly prepare for the trial or evidentiary proceeding without advance production and inspection;

    (C)   the failure to obtain advance production and inspection of the documents or objects may unreasonably delay the proceeding; and

    (D)   the application is made in good faith and is not intended for the purpose of general discovery.

**IT IS ORDERED** that defendant's Motion (Filing 83) is denied, without prejudice to reassertion in full compliance with NECrimR 17.2.

**DATED January 7, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**