# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>      Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>SHANNON B. JACKSON,   )<br>   )<br>      Defendant.   ) | Case No. 8:09CR272<br><br>ORDER |

This case is before the court on the defendant's Motion to Review Pretrial Detention and Request for Hearing (#143). The motion is denied.

After reviewing the August 17, 2009 Pretrial Services report and the court's July 14, 2009 Detention Order (#9), I find the defendant remains both a flight risk and a danger. This is especially true given the defendant's substantial prior criminal record which includes convictions for possession of a concealed weapon (1994), obstruction of administrative law (1994), flight to avoid arrest (1995), flight to avoid arrest (1995), and first-degree assault and use of a firearm to commit a felony (1996). A further review of the record in this case shows the defendant previously had a detention hearing and a prior review of this detention (#74).

**IT IS ORDERED** that defendant's Motion to Review Pretrial Detention and Request for Hearing (#143) is denied without hearing.

Dated this 3rd day of May 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge