IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                               )<br>              **Plaintiff,**     )<br>                                               )<br>vs.                                        )<br>                                               )<br>                                               )<br>SHANNON B. JACKSON, et al.  )<br>                                               )<br>              **Defendant.**   ) | **Case No. 8:09CR272**<br><br><br><br>**ORDER** |

This matter is before the court on Defendant, Shannon B. Jackson's, Motion to Issue Subpoenas Without Process Costs and Witness Fees [147]. The court being advised of the premises finds that Defendant has an inability to pay, the evidence requested is necessary for an adequate defense, and that the subpoenas described in Defendant's motion should issue.

IT IS ORDERED:

1. That Defendant may issue subpoena(s) Shawn C. Jackson, Omaha Police Officer Matthew Chandler, and Records Custodian/Evidence Custodian, Sarpy County Jail/Law Enforcement Center.

2. That process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

DATED: May 11, 2010

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge