IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                 )<br>            Plaintiff,              )<br>                                                                 )<br>vs.                                                         )<br>                                                                 )<br>SHANNON B. JACKSON, et al.,      )<br>                                                                 )<br>            Defendant.         ) | Case No. 8:09CR272<br><br>ORDER |

This case is before the court on the Motion for Interim CJA Payment of Attorney's Fees (#185). Since the filing of the motion on June 23, 2010, the defendant entered a plea on June 30, 2010 and sentencing is set for October 8, 2010. Given the pending conclusion of Mr. Jackson's case, I find no justification for interim fees. Therefore,

**IT IS ORDERED:**

1. The Motion for Interim CJA Payment of Attorney's Fees (#185) is denied.

2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 6th July 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge